# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:23-cr-150-AMM-SGC |
| | ) |
| SANDARIUS LEQUON McGHEE | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Defendant Sandarius Lequon McGhee's Motion to Suppress Evidence and Statements. Doc. 23. On August 22, 2023, the magistrate judge conducted an evidentiary hearing. *See* Doc. 32. On September 27, 2023, the magistrate judge entered a report recommending that the court deny the motion. Doc. 34. Mr. McGhee has filed objections to that recommendation. Doc. 35.

In his objections, Mr. McGhee does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Instead, he disagrees with the magistrate judge's weighing of the evidence and ultimate legal conclusion based on that evidence. Because Mr. McGhee's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** his objections. Doc. 35.

Having carefully reviewed and considered *de novo* all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 34. Thus, the court **DENIES** Mr. McGhee's motion to suppress. Doc. 23.

**DONE** and **ORDERED** this 30th day of October, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE